IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BRAINTREE LABORATORIES, INC., )
)
)
    Plaintiff and )
    Counterclaim Defendant, )
)
v. ) Civ. No. 03-477-SLR
)
SCHWARZ PHARMA, INC., )
)
    Defendant and )
    Counterclaim Plaintiff. )

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of July 31, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff Braintree Laboratories, Inc. and against defendant Schwarz Pharma, Inc.

_____
United States District Judge

Dated: 8/4/08

_____
(By) Deputy Clerk